**Kimberly K. (Kipping) ROSS, Appellant,**

v.

**Lawrence J. KIPPING, Jr., Respondent.**

No. WD 53034.

Missouri Court of Appeals,
Western District.

June 24, 1997.

Motion for Rehearing and/or Transfer to
Supreme Court Denied July 29, 1997.

Kimberly (Kipping) Ross, Peculiar, pro se.

Jack Grate, Independence, for respondent.

Before BERREY, P.J., and SPINDEN and SMART, JJ.

### ORDER

PER CURIAM:

Appeal from judgment awarding guardian ad litem fees and attorney's fees.

Affirmed. Rule 84.16(b).